**Roy BELCHER, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

May 22, 1953.

J. Ervin Sanders, P. H. Hyden, Pikeville, for movant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court. Judgment of conviction for having in unlawful possession whiskey for the purpose of sale in local option territory. $100 fine and 60 days in jail. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied. Judgment affirmed.